GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
4556.019
JAMES M. BARATTA (SBN 54890)
    e-mail jmb@ggb-law.com
JASON S. ROBERTS (SBN 221978)
    e-mail jsr@ggb-law.com

Attorneys for Plaintiff, UNITEDHEALTH GROUP
EMPLOYEE HEALTH BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITEDHEALTH GROUP EMPLOYEE HEALTH BENEFIT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SANDHU; STEVEN C. EGGLESTON DBA LAW OFFICES OF STEVEN C. EGGLESTON; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.   **SACV11-01331 DOC (ANx)**<br><br>**COMPLAINT FOR EQUITABLE RELIEF (CONSTRUCTIVE TRUST / EQUITABLE LIEN BY AGREEMENT; DECLARATORY JUDGMENT; AND INJUNCTIVE RELIEF)** |

Now Comes Plaintiff UNITEDHEALTH GROUP EMPLOYEE BENEFIT PLAN (the "Plan") and complains against Defendants DAVID SANDHU and STEVEN C. EGGLESTON DBA LAW OFFICES OF STEVEN C. EGGLESTON, and DOES 1 through 20, inclusive, as follows:

## NATURE OF ACTION

1.     This is an action under 29 U.S.C. §1132(a)(3), brought by the Plan fiduciary to enforce the terms of the Plan and to obtain appropriate relief as authorized by the federal common law and statutory scheme of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, et seq.

## JURISDICTION

2.     This Court has original and exclusive jurisdiction over Plaintiff's claims for relief pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1).

## VENUE

3.     Venue is proper pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), of ERISA because Defendants reside and/or have their principal place of business in this judicial district and because, on information and belief, the funds at issue are being held in this judicial district.

## PARTIES

4.     Plaintiff UNITEDHEALTH GROUP EMPLOYEE BENEFIT PLAN is an employee welfare benefit plan within the meaning of ERISA § 3(1), 29 U.S.C. §1002(1).

5.     Defendant David Sandhu ("SANDHU") is a citizen of the State of California, residing in the County of Orange, City of Cypress.  At all times relevant hereto, SANDHU was a participant or beneficiary in the Plan with the meaning of ERISA § 3(7), (8).

6.     Defendant Steven C. Eggleston is an individual doing business as Law Offices of Steven C. Eggleston ("EGGLESTON") in the State of California, County of Orange, at 2601 Main St., Suite 800, Irvine, California 92614.  EGGLESTON is counsel to SANDHU.  Plaintiff is informed and believes and on that basis alleges that

EGGLESTON holds certain funds that are the subject of this action or is entitled to receive funds in the immediate future that are the subject of this action.

## FACTS

7.     The Plan provides certain health care benefits to eligible UnitedHealth Group, Inc. employees and their dependants, including medical benefits.  The Plan is self-funded out of the general assets of UnitedHealth Group, Inc.

8.     Benefits provided under the Plan are contained within the Summary Plan Description of the UNITEDHEALTH GROUP EMPLOYEE BENEFIT PLAN (the "SPD").  A true and correct copy of the SPD is attached as Exhibit A to this Complaint.

9.     The SPD provides that when the Plan has paid benefits "that result from an event for which a third party is or may be liable," the Plan is "has certain subrogation and reimbursement rights."  Ex. A, p. 8.

10.     The SPD further specifies the following subrogation and reimbursement rights:

- "The Plan has a first-priority claim for 100% of the benefits the Plan has paid, against any 'amount' that you may recover, and has the right to be reimbursed first and immediately from such amounts before you are entitled to keep them, regardless of whether the amounts make you whole and represent a full recovery, or represent only a partial recovery to you, and regardless of how the amounts are characterized.  For this purpose, 'amount' means any recoveries, settlements or other amounts that you, your covered Eligible Dependent(s) or your other representatives receive or become entitled to from any third party that is or may be liable for the event that resulted in the Plan paying benefits, and means the medical, dental and other expenses that you and/or your covered Eligible Dependent(s) incur for which the Plan has paid or will pay benefits."

- "To file an equitable lien, or seek a constructive trust or other relief against you, another person or entity for any amounts, to secure its subrogation and reimbursement rights."

- "To make a claim or file a lawsuit in your or your covered Eligible Dependent's name against any plan, person, entity, insurer (first party or third party), or intervene in any action against such persons to secure its subrogation and reimbursement rights."

  Ex. A, p. 9.

11.   The SPD also advises Plan participants that "[b]y enrolling in the Medical Plan...you agree to:"

- "Notify the Claims Administrator for the Plan in writing of any potential or actual third-party liability claims that you an/or your covered Eligible Dependent(s) have or may have;"

- "Provide any requested information that assists the Plan in pursuing its subrogation or reimbursement rights as soon as possible, and, in any event, before you agree to any kind of settlement of your third-party liability claims or bring a legal action against any other party;"

- "Obtain consent from the Plan before you release a third party from liability with respect to an event for which the Plan has paid benefits;"

- "Cooperate with the Plan to protect and pursue its subrogation and reimbursement rights;"

- "Sign and deliver documents that relate to the Plan's claims for subrogation and reimbursement, and;"

- "Pay any legal fees that you incur in connection with a claim or lawsuit against a third party."

  Ex. A, p. 9.

12.     The SPD requires full cooperation from Plan participants, such as SANDHU, in enabling the Plan to enforce its subrogation rights.  Ex. A, p. 9.

13.     On July 4, 2008, SANDHU suffered injuries in connection with an automobile accident (the "Accident").

14.     The Plan paid medical expenses in the amount of $87,603.69 on behalf of SANDHU for treatment of injuries sustained by SANDU as a result of the Accident.

15.     The Plan paid the benefits referenced in the paragraph above, and SANDHU accepted them, under the express condition contained in the SPD that SANDHU would reimburse the Plan to the extent of benefits paid if he received a recovery from any third party or insurance company or carrier or first party insurance carrier.

16.     SANDHU retained the services of attorney EGGLESTON to pursue claims related to the Accident.

17.     After learning SANDU's claim, the Plan promptly put SANDHU and EGGLESTON on notice of its potential subrogation rights on or about May 25, 2011.

18.     Shortly thereafter, in 2011, the Plan learned that SANDHU and/or his attorney EGGLESTON had obtained proceeds of injury settlements with one or more parties, in connection with SANDHU'S claim.  The Plan is informed and believes and on that basis alleges that the third parties participating in the settlement are Verizon, and insurance carrier, Esurance.

19.     The Plan is informed and believes and on that basis alleges that the one or more settlement payments obtained by EGGLESTON, on behalf of SANDHU, are in the total amount of $850,000.

20.     The Plan is further informed and believes and on that basis alleges that the settlement sum of approximately $850,000, or a portion thereof, is in the possession of EGGLESTON in EGGLESTON'S trust account or is in the process of being paid to EGGLESTON.

21.     The Plan subsequently attempted to ascertain the status of the settlement of the third-party claim to assess SANDHU'S potential obligations under the Plan.

22.     Despite repeated demands, SANHU and EGGLESTON refused, and continue to refuse, to reimburse the Plan the amount of $87,603.69 out of the funds they received in settlement of SANDU'S claim.

23.     Plaintiff is informed and believes and on that basis alleges that EGGLESTON retains all or a portion of the settlement monies received by SANDHU in connection with SANDHU'S third-party claim.

24.     Plaintiff is informed and believes and on that basis alleges that EGGLESTON has previously or intends in the future to distribute sums to SANDHU from the monies received as a result of the settlement of the claim.

## FIRST CAUSE OF ACTION

### Against All Defendants for EQUITABLE RELIEF UNDER ERISA § 502(a)(3) (CONSTRUCTIVE TRUST / EQUITABLE LIEN BY AGREEMENT)

25.     Plaintiff re-states and re-alleges paragraphs 1 through 24 of the Complaint as if fully set forth herein.

26.     Pursuant to the SPD, the Plan has a right to reimbursement for the $87,603.69 in medical benefits it paid on behalf of SANDHU as a result of the Accident.

27.     SANDHU has refused to reimburse the Plan the amount of $87,603.69, in violation of the terms of the SPD.

28.     SANDHU has been unjustly enriched by his refusal to reimburse the Plan for the medical benefits it paid on his behalf.

29.     Plaintiff's right to a constructive trust and equitable lien by agreement extends to any attorney's fees and costs retained from the settlement proceeds by EGGLESTON. Such attorneys' fees and costs are subject to the Plan's constructive trust and equitable lien rights over the settlement proceeds.

30.    As a result of SANDHU'S violation of the terms of the SPD, the Plan has been harmed and Plaintiff seeks all appropriate equitable relief, pursuant to ERISA §502(a)(3), to enforce the terms of the SPD, including:

(a)    the imposition of a constructive trust or equitable lien by agreement in favor of the Plan upon settlement proceeds in possession of SANDHU and EGGLESTON in the amount of $87,603.69;

(b)    a declaration of the Plan's ownership of the above-referenced settlement proceeds up to the full amount of payments made by the Plan for SANDHU'S medical expenses of $87,603.69; and

(c)    an order directing SANDHU and EGGLESTON, respectively, to pay or turn over such settlement proceeds, plus accumulated interest, to the Plan to the extent of its interest therein of $87,603.69.

## SECOND CAUSE OF ACTION
### Against All Defendants for DECLARATORY JUDGMENT

31.    Plaintiff re-states and re-alleges paragraphs 1 through 30 of the Complaint as if fully set forth herein.

32.    Under 29 U.S.C. §1132(a)(2) Plaintiff brings this equitable action to enforce the terms of the SPD, which is permitted by ERISA.

33.    Plaintiff contends that it has a right to reimbursement under the SPD for the $87,603.69 in medical benefits the Plan paid on behalf of SANDHU as a result of the Accident.

34.    Plaintiff contends that SANDHU has refused to reimburse the Plan, in violation of the terms of the SPD.

35.    Plaintiff is informed and believes and on that basis alleges that SANDHU disputes these contentions and claims that Plaintiff does not have a right to reimbursement to any or a portion of the settlement proceeds.

36.     Thus, a dispute has arisen and an actual controversy exists between the Plan and Defendants with regard to the proper interpretation and application of the SPD.

37.     A declaration of rights, responsibility and obligations of the Plan and the Defendants is essential to determine the respective rights and obligations of the parties.

## THIRD CAUSE OF ACTION

### Against All Defendants for INJUNCTIVE RELIEF

38.     Plaintiff re-states and re-alleges paragraphs 1 through 37 of the Complaint as if fully set forth herein.

39.     Pursuant to Section 502(a)(3) of ERISA a fiduciary may bring an action to enjoin any act or practice which violates the terms of the SPD.

40.     Plaintiff is informed and believes and on that basis alleges that Defendants are in possession of funds that are property of the Plan.

41.     Defendants are protecting the funds sought herein over which Plaintiff claims a right to reimbursement and are prejudicing the Plan's right to recovery.

42.     If Defendants are permitted to disburse said funds, the funds may no longer be traceable and under control of Defendants.

43.     That unless Defendants are enjoined from disbursing those funds, the Plan will suffer irreparable injury.

44.     The entry of an injunction will not harm Defendants and is in keeping with public policy of preserving the integrity of ERISA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff UNITEDHEALTH GROUP EMPLOYEE BENEFIT PLAN prays that the Court enter a Judgment and Order in its favor and against Defendants DAVID SANDHU and STEVEN C. EGGLESTON DBA LAW OFFICES OF STEVEN C. EGGLESTON, and DOES 1 through 20, inclusive, granting Plaintiff the following relief:

1.    The imposition of an equitable lien by agreement and constructive trust in favor of Plaintiff over a portion of the $850,000 in settlement proceeds identified herein paid by Verizon and Esurance to DAVID SANDHU and the LAW OFFICES OF STEVEN C. EGGLESTON, in the amount of $87,603.69 plus accumulated interest;

2.    A declaration of the Plan's ownership of the above-referenced settlement proceeds up to the full amount of payments made by the Plan for SANDHU'S medical expenses;

3.    An Order directing EGGLESTON and SANDHU to pay or turn over a portion of such settlement proceeds in the amount of $87,603.69, plus accumulated interest, to the Plan to the extent of the Plan's interest therein;

4.    An Order enjoining Defendants and those acting in concert with Defendants from disbursing the settlement funds;

5.    Awarding the Plan its attorney fees and costs against Defendants;

6.    For pre- and post-judgment interest at the legal rate; and

7.    Granting any such other equitable and legal relief to the Plan as this Court deems just and appropriate.

DATED: September ___, 2011       GRANT, GENOVESE & BARATTA, LLP

By: _____

JAMES BARATTA
JASON S. ROBERTS
Attorneys for Plaintiff, UNITEDHEALTH
GROUP EMPLOYEE HEALTH BENEFIT
PLAN

**EXHIBIT A**



UnitedHealth Group

# HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY



## TABLE OF CONTENTS

INTRODUCTION................................................ 1
   Status of the Benefits Handbook as the Summary Plan
   Descriptions for ERISA Plans............................ 1
   Governing Plan Documentation........................... 1
   Company's Reservation of Right to Amend and
   Terminate the Plans.................................... 2
PURPOSE OF THIS SUMMARY ............................. 2
HEALTH PLAN ADMINISTRATIVE INFORMATION ............ 3
ADDITIONAL INFORMATION ABOUT THE HEALTH PLAN ...... 7
   Your HIPAA Privacy Rights.............................. 7
   Your HIPAA Security Rights ............................ 7
   Subrogation and Right of Reimbursement................. 8
   Your COBRA Continuation Rights ........................ 9
      Qualifying Events, Qualified Beneficiaries and
      Continuation Period ................................. 10
      Special Rules for the Health Care FSA Plan ............. 11
      Electing COBRA after Leave under the Family and
      Medical Leave Act (FMLA)............................. 11
      Notification of COBRA Continuation Coverage Election... 11
      Election of COBRA Continuation Coverage .............. 12
      Length of COBRA Continuation Coverage ............... 12
      Special Considerations in Deciding Whether to
      Elect COBRA........................................ 14
      Cost of COBRA Continuation Coverage ................. 14
      Payment for COBRA Continuation Coverage............. 15

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY

11

# HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY




## TABLE OF CONTENTS (Continued)

*Termination of COBRA Continuation Coverage Before the End of the Maximum Coverage Period* ............... 16

*Special "Trade Act" Rules Concerning Tax Credit for COBRA Continuation Coverage* ......................... 16

*Keep Your Plan Informed of Address Changes* ........... 16

*Changing Your Coverage During Your Continuation Period* ................................... 17

**Certificate of Creditable Coverage** ...................... 17

**Procedures to Request a Certificate of Creditable Coverage** ................................ 17

**CLAIM AND APPEALS PROCEDURES** ...................... 18

**Introduction** ............................................. 18

**Status of the Claims Administrator as a Fiduciary** ......... 18

**Your Deadline to File a Claim** ............................ 18

**Claims for Benefits Under the Health Plan** ............... 18

*Types of Claims* .......................................... 18

*How to File a Pre-Service Claim Under the Medical Plan* ............................................ 19

*How to File an Urgent Care Claim Under the Medical Plan* ............................................ 19

*How to File a Post-Service Claim Under All of the Component Plans* ........................................ 19

*Where to File a Claim* .................................... 20

*The Claims Administrator's Decision on Your Claim* ...... 21

**Timing of Claim Decisions and Appeals** ................. 21

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY

12

# HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY




## TABLE OF CONTENTS (Continued)

Appeals of Denied Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

*Where to File an Appeal of a Denied Claim* . . . . . . . . . . . . . 24

*Your Deadline to File an Appeal* . . . . . . . . . . . . . . . . . . . . . . 25

*How to File an Appeal* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Appeal Process* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Deadlines for Deciding Appeals* . . . . . . . . . . . . . . . . . . . . . . 26

*The Claims Administrator's Decision on Your Appeal* . . . . . 26

*Your Remedy If Your Claim and Appeals Are Denied* . . . . . 26

*Your Deadline to Bring a Lawsuit* . . . . . . . . . . . . . . . . . . . . . 27

*Exhaustion of Claim and Appeals Procedure* . . . . . . . . . . . 27

YOUR RIGHTS UNDER ERISA . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Obtain Information About Your Plan and Benefits . . . . . . . . . 27

Prudent Actions by Plan Fiduciaries . . . . . . . . . . . . . . . . . . . 28

Enforce Your Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Continue Group Health Plan Coverage . . . . . . . . . . . . . . . . . . 29

Coverage Under USERRA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Assistance with Your Questions . . . . . . . . . . . . . . . . . . . . . . . 29

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY

13

# INTRODUCTION

## Status of the Benefits Handbook as the Summary Plan Descriptions for ERISA Plans



*Effective Date*

*This Health Plan Administrative Information Summary in the Benefits Handbook is effective January 1, 2008, and supersedes all prior versions of the Benefits Handbook, including all amendments.*

UnitedHealth Group Incorporated (UnitedHealth Group or the Company) sponsors the UnitedHealth Group Employee Health Benefit Plan (the Health Plan), which consists of the Medical Plan (Definity Options A, B and C and Options PPO), Other Medical Plan Coverage Options for certain categories of Eligible Employees (Pacific Dental Benefits Employee Health Plan (Union), UnitedHealthcare PPO of Hawaii, PacifiCare SignatureValue Plan, PacifiCare SignatureValue Advantage Plan and Global Choice Plan), Dental Plan, Vision Plan and Health Care Flexible Spending Account Plan (the Health Care FSA Plan). They are subject to the Employee Retirement Income Security Act of 1974 (ERISA) and must be summarized in a summary plan description (SPD).

The SPD for each of the ERISA benefit plans consists of the *Benefits Overview Section,* the Summaries for the specific component plans (such as the *Medical Plan Summary)* and this *Health Plan Administrative Information Summary.* The Summaries for the Other Medical Plan Coverage Options are available on the United HRdirect Knowledge Base. You can therefore obtain Summaries of the Pacific Dental Benefits Employee Health Plan (Union), UnitedHealthcare PPO of Hawaii, PacifiCare SignatureValue Plan, PacifiCare SignatureValue Advantage Plan and Global Choice Plan by accessing the United HRdirect Knowledge Base via the United HRdirect Web site, either through the Frontier home page or through https://unitedhrdirect.com.

## Governing Plan Documentation

The Benefits Handbook summarizes the benefit plans that UnitedHealth Group sponsors, describes the general operation of the benefit plans and outlines your rights and obligations under them.

For the Medical Plan, Pacific Dental Benefits Employee Health Plan (Union), UnitedHealthcare PPO of Hawaii, Dental Plan and Health Care FSA Plan, the SPD that is set forth in the Benefits Handbook or in the United HRdirect Knowledge Base and in the Benefits Handbook is also the official plan document for the Plan. The Plan Administrator uses this dual-status document to administer these benefit plans.

For the PacifiCare SignatureValue Plan, PacifiCare SignatureValue Advantage Plan, Global Choice Plan and Vision Plan, the official plan document is the insurance policy that is issued by the Plan's insurer. The SPD merely summarizes the benefits provided under the Plan. If there is a discrepancy between the SPD in the Benefits Handbook and the official plan document, the plan document will control.

UnitedHealth Group Benefits Handbook ● Employee Health Benefit Plan Section ● **HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY**    **1**

14

## Company's Reservation of Right to Amend and Terminate the Plans

UnitedHealth Group reserves the right to, at any time, amend or terminate the benefit plans discussed in this Benefits Handbook for any reason and in its sole discretion. UnitedHealth Group's right to amend or terminate the benefit plans discussed in this Benefits Handbook includes, but is not limited to, changes in the eligibility requirements, premiums or other employee payments charged, benefits provided and termination of all or a portion of the coverages provided under the benefit plans. If a benefit plan is amended or terminated, you will be subject to all the changes effective as a result of such amendment or termination and your rights will be reduced, terminated, altered or increased accordingly, as of the effective date of the amendment or termination.

# PURPOSE OF THIS SUMMARY

This *Health Plan Administrative Information Summary* contains information that applies to all of the plans that comprise the Health Plan, including the Medical Plan, Other Medical Plan Coverage Options, Dental Plan, Vision Plan and Health Care FSA Plan. This *Health Plan Administrative Information Summary* provides certain plan administration information, as well as information about the Plans' rights to subrogation and reimbursement, your rights to continue coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), and your rights under ERISA, including your right to appeal a denied claim under the Health Plan.



*Questions?*

*If you have questions about your Health Plan benefits, you can get additional information in a variety of ways. For more information, read the "Benefits Resource Roadmap" by accessing "Forms, Guides and Links" in the United HRdirect Knowledge Base and selecting "My Health & Well-Being."*

*Plan Administrator*

*UnitedHealth Group Incorporated sponsors all of the benefit plans that are summarized in this Benefits Handbook, and administers the plans (it is also the Plan Administrator of the plans). UnitedHealth Group has authority to delegate, and has delegated, certain authority and duties to other parties who are third-party administrators, fiduciaries and/or trustees.*

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY      2

15

# HEALTH PLAN ADMINISTRATIVE INFORMATION

| | |
|---|---|
| **Effective Date of Summary Plan Descriptions** | January 1, 2008, except as otherwise noted in the Benefits Handbook. |
| **Plan Year** | For the Health Plan and each of the component plans, January 1 through December 31. |
| **Plan Sponsor's Employer Identification Number (EIN)** | UnitedHealth Group Incorporated's federal employer identification number is 41-1321939. |
| **Plan Administrator/Sponsor** | UnitedHealth Group Incorporated is the Plan Administrator and Sponsor of the UnitedHealth Group Employee Health Benefit Plan. The Plan Administrator/Sponsor's mailing address is:<br><br>UnitedHealth Group Incorporated<br>c/o Corporate Benefits Department<br>MN008-B216<br>P.O. Box 1459<br>Minneapolis, MN 55440-1459<br><br>The Plan Administrator/Sponsor's street address for courier delivery is:<br><br>UnitedHealth Group Incorporated<br>c/o Corporate Benefits Department<br>MN008-B216<br>9900 Bren Road East<br>Minnetonka, MN 55343<br><br>The Plan Administrator/Sponsor's phone number is:<br>952-936-1300 |
| **Agent for Service of Legal Process** | The agent for service of legal process is the Office of the Deputy General Counsel. The agent's mailing address is:<br><br>Office of the Deputy General Counsel<br>UnitedHealth Group Incorporated<br>MN008-T202<br>P.O. Box 1459<br>Minneapolis, MN 55440-1459<br><br>The agent's address for courier delivery is:<br><br>Office of the Deputy General Counsel<br>UnitedHealth Group Incorporated<br>MN008-T850<br>9900 Bren Road East<br>Minnetonka, MN 55343<br><br>The agent's phone number is:<br>952-936-1300<br><br>Legal process can also be served on the Plan Administrator, UnitedHealth Group Incorporated, through its Corporate Benefits Department at its mailing or courier delivery addresses. |

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   3

16

# HEALTH PLAN ADMINISTRATIVE
# INFORMATION (CONTINUED)

| Plan Type | The Health Plan is a welfare benefit plan, as defined by ERISA, and provides group health benefits, which include medical, dental, vision and health care flexible spending account benefits. |
|---|---|
| Plan Number | 511 |
| Source of Benefits | The Health Plan is self-insured, except for the benefits under the PacifiCare SignatureValue Plan, PacifiCare SignatureValue Advantage Plan, Global Choice Plan and Vision Plan, which are insured.<br><br>■ The Medical Plan, Dental Plan, Health Care FSA Plan, Pacific Dental Benefits Employee Health Plan (Union) and UnitedHealthcare PPO of Hawaii benefits are paid with the assets of UnitedHealth Group.<br>■ The PacifiCare SignatureValue Plan, PacifiCare SignatureValue Advantage Plan and Vision Plan benefits are paid through insurance coverage that UnitedHealth Group purchases from its affiliate, PacifiCare of California or United HealthCare Insurance Company.<br>■ The Global Choice Plan benefits are paid by the insurer, BUPA International. |
| Source of Contributions | UnitedHealth Group and Eligible Employees share the cost of coverage under the Health Plan, except that only Eligible Employees, and not UnitedHealth Group, make pre-tax contributions to the Health Care FSA Plan through bi-weekly payroll deductions. |
| Funding/Trust/Trustee | The Medical Plan, Pacific Dental Benefits Employee Health Plan (Union), UnitedHealthcare PPO of Hawaii, Dental Plan and Health Care FSA Plan under the Health Plan are self-funded by UnitedHealth Group from its general assets.  There is no trust.<br><br>The PacifiCare SignatureValue Plan, PacifiCare SignatureValue Advantage Plan, Global Choice Plan and Vision Plan under the Health Plan are insured as explained in *Type of Administration, Third-Party Administrators, Insurers and Named Claim Fiduciary* in this table. |

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY    **4**

**17**

# HEALTH PLAN ADMINISTRATIVE
## INFORMATION (CONTINUED)

**Type of Administration, Third-Party Administrators, Insurers and Named Claim Fiduciary**

UnitedHealth Group has contracted with certain entities, some of which are affiliates of UnitedHealth Group, for third-party administration services or insurance of benefits with respect to the Health Plan, and has delegated to certain entities the fiduciary responsibility for adjudicating claims (including reviewing and deciding appeals of denied claims) that are made under the Health Plan, as follows:

■ **Medical Plan, Pacific Dental Benefits Employee Health Plan (Union), UnitedHealthcare PPO of Hawaii and Health Care FSA Plan**
United HealthCare Insurance Company (UnitedHealthcare) is the third-party administrator and named claim fiduciary (the Claims Administrator) for these coverage options. UnitedHealthcare's business address and phone number are as follows:

> United HealthCare Insurance Company
> 450 Columbus Boulevard
> Hartford, CT 06115-0450
> Phone: 1-800-454-0233

■ **PacifiCare SignatureValue Plan and PacifiCare SignatureValue Advantage Plan**
PacifiCare of California (a UnitedHealthcare company) is the insurer and named claim fiduciary (the Claims Administrator) for these coverage options. PacifiCare of California's business address and phone number are as follows:

> PacifiCare of California
> 5701 Katella Avenue
> P.O. Box 6006
> Cypress, CA 90630
> Phone: 1-800-624-8822

■ **Global Choice Plan**
BUPA International is the insurer and named claim fiduciary (the Claims Administrator) for this coverage option. BUPA International's business address and phone number are as follows:

> Global Choice
> Russell House, Russell Mews
> Brighton, England BN1 2NR
> Phone: +44 (0) 1273-773736

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY    5

18

# HEALTH PLAN ADMINISTRATIVE INFORMATION (CONTINUED)

| | |
|---|---|
| **Type of Administration, Third-Party Administrators, Insurers and Named Claim Fiduciary** (Continued) | ■ **Dental Plan**<br>For employees other than employees who live in Minnesota and certain western Wisconsin cities, United HealthCare Insurance Company (UnitedHealthcare) is the third-party administrator and named claim fiduciary (the Claims Administrator) for the Dental Plan. UnitedHealthcare's business address and phone number are as follows:<br>    United HealthCare Insurance Company<br>    450 Columbus Boulevard<br>    Hartford, CT 06115-0450<br>    Phone: 1-800-454-0233<br><br>For employees who live in Minnesota and the western Wisconsin cities of Hudson, Prescott, River Falls, Solon Springs, St. Croix Falls, and Superior, Delta Dental is the third-party administrator and named claim fiduciary (the Claims Administrator) for the Dental Plan. Delta Dental's business address and phone number are as follows:<br>    Delta Dental<br>    Delta Dental Drive<br>    Eagan, MN 55122<br>    Phone: 1-800-328-1188<br><br>■ **Vision Plan**<br>The Vision Plan is insured, and United HealthCare Insurance Company (UnitedHealthcare) is the Insurer and the named claim fiduciary (the Claims Administrator) for review of denied claims under the Plan. UnitedHealthcare's business address and phone number are stated above in this table.<br><br>**Note:** These business addresses and phone numbers are the main business numbers for the various entities, and are not the addresses at which you file claims and requests for appeals of denied claims, nor the phone numbers for the various customer service centers from which you can obtain additional information about filing a claim or appeal. Those addresses and phone numbers are listed in *Claim and Appeals Procedures* in this *Health Plan Administrative Information Summary*. |
| **Where to Send Claims** | Read *Claim and Appeals Procedures* in this *Health Plan Administrative Information Summary*. |
| **Contact for a Copy of Plan Documents and SPDs** | UnitedHealth Group Incorporated<br>c/o United HRdirect<br>P.O. Box 744919<br>Houston, TX 77274<br>Phone: 1-800-561-0861 |
| **Subject to ERISA** | Yes, all component plans are subject to ERISA. |

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY    6

19



# ADDITIONAL INFORMATION ABOUT THE HEALTH PLAN

## Your HIPAA Privacy Rights



You have certain rights under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) with respect to how medical information about you that is derived from your participation in the Health Plan can be used and disclosed. Those rights are explained fully in the "Notice of Privacy Practices for UnitedHealth Group's Employee Health Benefit Plans" (the HIPAA Privacy Notice). Employees who become employed with UnitedHealth Group after April 2003 receive a copy of the HIPAA Privacy Notice in the orientation kit that is provided to new employees. All employees who were employed with UnitedHealth Group prior to April 2003 received the HIPAA Privacy Notice by mail in April 2003. You can also read or obtain a copy of the HIPAA Privacy Notice by:

- Accessing the United HRdirect Knowledge Base via the United HRdirect Web site, either through the Frontier home page or through https://unitedhrdirect.com, then selecting "Forms, Guides and Links"; or

- Calling United HRdirect and speaking to a customer service representative.

## Your HIPAA Security Rights

The federal security regulations enacted under HIPAA require that the UnitedHealth Group Employee Health Benefit Plan (the Health Plan) safeguard the confidentiality and ensure the integrity and availability of your electronic protected health information. Protected health information (PHI) is individually identifiable health information related to your condition, services provided to you, or payments made for your care, which is created or received by a health plan, a health care clearinghouse, or a health care provider that electronically transmits such information. Electronic protected health information (ePHI) is PHI that is maintained or transmitted in electronic form. The Health Plan and UnitedHealth Group, the Plan Sponsor, will reasonably and appropriately safeguard ePHI that is created, received, maintained, or transmitted to or by UnitedHealth Group on behalf of the Health Plan.

The Health Plan and UnitedHealth Group are separate and independent legal entities, which exchange information as needed to administer your coverage under the Health Plan. When receiving ePHI from the Health Plan, UnitedHealth Group agrees that it will:

- Implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the ePHI that UnitedHealth Group creates, receives, maintains, or transmits on behalf of the Health Plan;

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   **7**

20



- Ensure that access to, and use and disclosure of ePHI by the employees or classes of employees described in this plan document is supported by reasonable and appropriate security measures;

- Ensure that any agent, including a subcontractor, to whom UnitedHealth Group provides this information agrees to implement reasonable and appropriate security measures to protect the information; and

- Report to the Health Plan any security incident of which UnitedHealth Group becomes aware.

Only certain employees of UnitedHealth Group and certain employees of human capital outsourcing partners who are under the control of UnitedHealth Group, are permitted to have access to ePHI. They include certain UnitedHealth Group Human Capital employees, certain employees of Mercer who perform services for UnitedHealth Group, and such other persons as UnitedHealth Group deems appropriate, and the minimum number of persons necessary. Such employees may only have access to, and use and disclose, ePHI for purposes of the plan administration functions UnitedHealth Group performs for the Health Plan.

If you believe your security rights under HIPAA have been violated, you may file a written complaint at the following address:

UnitedHealthcare
Attention: UnitedHealth Group Employee HIPAA Security Complaints
P.O. Box 30432
Salt Lake City, Utah 84130-0432

You may also notify the Secretary of the U.S. Department of Health and Human Services of your complaint. The Health Plan and UnitedHealth Group will not take any action against you for filing a complaint.

**Note:** While UnitedHealth Group and the Health Plan take many precautions to ensure the privacy of your electronic communication with UnitedHealth Group and the Health Plan, communication by email or over the Internet cannot be considered secure. UnitedHealth Group and the Health Plan do not accept any responsibility for any disclosure of personal information that you or someone on your behalf provides by email or over the Internet.

## Subrogation and Right of Reimbursement

If you or your covered Eligible Dependent(s) receive benefits under the Medical Plan and Other Medical Plan Coverage Options that result from an event for which a third party is or may be liable, you and your covered Eligible Dependent(s) have certain obligations and the Plan has certain subrogation and reimbursement rights.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY    8

21

By enrolling in the Medical Plan or Other Medical Plan Coverage Options, you agree to:

- Notify the Claims Administrator for the Plan in writing of any potential or actual third-party liability claims that you and/or your covered Eligible Dependent(s) have or may have;

- Provide any requested information that assists the Plan in pursuing its subrogation and reimbursement rights as soon as possible, and, in any event, before you agree to any kind of settlement of your third-party liability claims or bring a legal action against any other party;

- Obtain consent from the Plan before you release a third party from liability with respect to an event for which the Plan paid benefits;

- Cooperate with the Plan to protect and pursue its subrogation and reimbursement rights;

- Sign and deliver documents that relate to the Plan's claims for subrogation and reimbursement; and

- Pay any legal fees that you incur in connection with a claim or lawsuit against a third party.

The Medical Plan or Other Medical Plan Coverage Option is entitled to the following subrogation and reimbursement rights:

- The Plan has a first-priority claim for 100% of the benefits the Plan has paid, against any "amount" that you may recover, and has the right to be reimbursed first and immediately from such amounts before you are entitled to keep them, regardless of whether the amounts make you whole and represent a full recovery, or represent only a partial recovery to you, and regardless of how the amounts are characterized. For this purpose, "amount" means any recoveries, settlements or other amounts that you, your covered Eligible Dependent(s) or your other representatives receive or become entitled to from any third party that is or may be liable for the event that resulted in the Plan paying benefits, and means the medical, dental and other expenses that you and/or your covered Eligible Dependent(s) incur for which the Plan has paid or will pay benefits.

- To file an equitable lien, or seek a constructive trust or other relief against you, another person or entity for any amounts, to secure its subrogation and reimbursement rights.

- To make a claim or file a lawsuit in your or your covered Eligible Dependent's name against any plan, person, entity, insurer (first party or third party), or intervene in any action against such persons to secure its subrogation and reimbursement rights.

## Your COBRA Continuation Rights

If you and/or your covered Eligible Dependent(s) lose coverage under the Medical Plan, Other Medical Plan Coverage Options, Vision Plan, Dental

Plan and/or the Health Care FSA Plan under certain conditions, you may have the right to continue your coverage at your own expense for a period of time under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

### Qualifying Events, Qualified Beneficiaries and Continuation Period

The following table applies to the Medical Plan, Other Medical Plan Coverage Options, Dental Plan and Vision Plan. It lists the events (the qualifying events) that permit you and/or your covered Eligible Dependent(s) (the qualified beneficiaries) to elect COBRA continuation coverage, and lists the maximum period of time for which you and/or your covered Eligible Dependent(s), as qualified beneficiaries, can elect continuation coverage when each qualifying event occurs.

| Qualifying Events That Result in Loss of Coverage | Maximum COBRA Continuation Period | | |
|---|---|---|---|
| | You | Your Spouse | Your Eligible Dependent Child(ren) |
| Your work hours are reduced, which results in loss of coverage. | 18 months | 18 months | 18 months |
| Your employment ends for any reason other than gross misconduct. | 18 months | 18 months | 18 months |
| You become entitled to Medicare. | Not applicable | Not applicable | Not applicable |
| You become entitled to Medicare within 18 months before your employment ends or before your work hours are reduced. | Not applicable | 36 months** | 36 months** |
| You or your covered Eligible Dependent becomes eligible for Social Security disability benefits at any time within the first 60-day period after you lose coverage as a result of your employment termination or reduction in work hours. | 29 months | 29 months | 29 months |
| You die. | Not applicable | 36 months | 36 months |
| You and your spouse legally separate or divorce.* | Not applicable | 36 months | 36 months |
| Your child is no longer an Eligible Dependent. | Not applicable | Not applicable | 36 months |

\* If you eliminate coverage for your spouse in anticipation of a divorce or legal separation, and a divorce or legal separation later occurs, then the later divorce or legal separation will be considered a qualifying event even though your ex-spouse lost coverage earlier. If your ex-spouse notifies United HRdirect at 1-800-561-0861 within 60 days of the date of the later divorce or legal separation and can establish that the coverage was eliminated earlier in anticipation of the divorce or legal separation, then COBRA coverage may be available for the period after the divorce or legal separation.

\*\* 36-month period starts on the date you become entitled to Medicare.

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   10

23



### Special Rules for the Health Care FSA Plan

If you or your covered Eligible Dependent loses coverage because of a qualifying event, any one or more of you can elect to continue coverage under the Health Care FSA Plan until the end of the year in which the qualifying event occurs.

### Electing COBRA after Leave under the Family and Medical Leave Act (FMLA)

Special COBRA rules apply if you take an FMLA leave and do not return to work with UnitedHealth Group. If you are covered by the Medical Plan, Other Medical Plan Coverage Options, Dental Plan, Vision Plan or Health Care FSA Plan on the day before your FMLA leave begins, you and any covered Eligible Dependents are eligible for COBRA even if you do not continue coverage during your FMLA leave. Further, your COBRA continuation coverage period begins on the earlier of the last day of your FMLA leave or the day you unequivocally advise UnitedHealth Group that you do not intend to return to work.

### Notification of COBRA Continuation Coverage Election

When the qualifying event is your reduction of hours or the end of your employment, or your death, the Health Plan will offer COBRA coverage to you and to your qualified beneficiaries, if any. You do not need to notify UnitedHealth Group of any of these qualifying events.

**You Must Give Notice of Some Qualifying Events**

For the other qualifying events (divorce or legal separation, termination of a domestic partnership or a dependent child's losing eligibility for coverage), you, your spouse/domestic partner or your dependent must notify UnitedHealth Group by calling United HRdirect at 1-800-561-0861.

You must call United HRdirect within 60 days after the later of (1) the date of the qualifying event; or (2) the date on which you lose, or would lose, coverage under the terms of the Health Plan as a result of the qualifying event.

You must provide notice in a timely manner. **If you or your Eligible Dependent fails to provide notice by calling during this 60-day notice period, any Eligible Dependent who loses coverage will not be offered the option to elect continuation coverage.**

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   **11**

24



### Election of COBRA Continuation Coverage

United HRdirect will send a COBRA Continuation Coverage Election Notice ("COBRA Election Notice") and a COBRA Continuation Coverage Election Form ("COBRA Election Form") at the time of a qualifying event provided that timely notice has been received. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. Eligible Employees losing coverage may elect COBRA continuation coverage on behalf of their spouses/domestic partners, and parents may elect COBRA continuation coverage on behalf of their covered children.

For each qualified beneficiary who timely elects COBRA continuation coverage, COBRA continuation coverage will begin on the day immediately following the qualifying event.

> **Deadline to Elect COBRA Coverage**
>
> If mailed, your "COBRA Election Form" must be postmarked (and if hand-delivered or emailed, your "COBRA Election Form" must be received by the individual at the address specified on the form) no later than 60 days after the date the "COBRA Election Notice" is provided to you (or, if later, 60 days after the date that Plan coverage is lost). If you do not submit a completed "COBRA Election Form" by the due date, you will lose your right to elect COBRA.

### Length of COBRA Continuation Coverage

COBRA continuation coverage is a temporary continuation of coverage. See the chart in *Qualifying Events, Qualified Beneficiaries and Continuation Period* in this *Health Plan Administrative Information Summary* for maximum COBRA continuation periods for the various qualifying events.

If the maximum COBRA continuation period is 18 months, there are two ways in which the 18-month period of COBRA continuation coverage can be extended.

■ **Disability extension of 18-month period of continuation coverage.**

If you or anyone in your family who is a qualified beneficiary covered under the Health Plan is determined by the Social Security Administration to be disabled and you notify UHCDirectBill at 1-866-214-2981 in a timely fashion, you and your qualified beneficiaries may be entitled to receive up to an additional 11 months of COBRA continuation coverage, for a total maximum of 29 months. The disability would have to have started at some time before the 61st day after your termination of employment

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   **12**

**25**

or reduction in hours and must last at least until the end of the 18-month period of COBRA continuation coverage. Each qualified beneficiary will be entitled to the disability extension if one of them qualifies.

You must notify UHCDirectBill at 1-866-214-2981 of the Social Security Administration's determination within 60 days after the latest of:

— The date of the Social Security Administration's disability determination;

— The date of your termination of employment or reduction in hours; and

— The date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Health Plan as a result of your termination of employment or reduction of hours.

You must also provide this notice within 18 months after your termination of employment or reduction of hours in order to be entitled to a disability extension. **If no notice is given within the required period, then there will be no disability extension of COBRA continuation coverage.**

■ **Second qualifying event extension of 18-month period of continuation coverage.**

If your qualified beneficiaries experience another qualifying event while receiving 18 or 29 months of COBRA continuation coverage, the spouse/domestic partner and dependent children who are qualified beneficiaries can receive up to a maximum of 36 months (including the initial 18-month period), if notice of the second qualifying event is properly given to UnitedHealth Group by calling UHCDirectBill at 1-866-214-2981. This extension may be available to your spouse/domestic partner and dependent children who are qualified beneficiaries if you die, get divorced or legally separated, or if a dependent child who is a qualified beneficiary stops being eligible under the Plan as a dependent child. In all of these cases, the extension is available only if the event would have caused your spouse/domestic partner or dependent child to lose coverage under the terms of the Health Plan had the first qualifying event not occurred. You must contact UHCDirectBill within 60 days of the second qualifying event. **If no notice is given within the required 60-day period, your spouse/domestic partner and dependent children will not receive the extension of COBRA continuation coverage.**

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY    13

26



### Special Considerations in Deciding Whether to Elect COBRA

If you experience a qualifying event, in considering whether to elect COBRA continuation coverage, you should take into account that a failure to continue your group health coverage will affect your future rights under federal law. First, you can lose the right to avoid having pre-existing condition exclusions applied to you by other group health plans if you have more than a 63-day gap in health coverage, and election of COBRA continuation coverage may help you not have such a gap. Second, you will lose the guaranteed right to purchase individual health insurance policies that do not impose such pre-existing condition exclusions if you do not elect and remain covered under COBRA continuation coverage for the maximum time available to you. Finally, you should take into account that you have special enrollment rights under federal law. You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by your spouse's employer) within 30 days after your group health coverage ends because of a qualifying event. You will also have the same special enrollment right at the end of COBRA continuation coverage if you remain covered under COBRA continuation coverage for the maximum time available to you.

If you and any other qualified beneficiaries are otherwise eligible for UnitedHealth Group's Post-Employment Medical Plan (the PEM Plan), you must timely elect, and exhaust, COBRA continuation coverage to be able to enroll in the PEM Plan. If you do not elect and exhaust COBRA continuation coverage, you will not be eligible for the PEM Plan. If you are eligible for the PEM Plan, you will receive additional information at the time of your termination.

### Cost of COBRA Continuation Coverage

Each qualified beneficiary will be required to pay the entire cost of COBRA continuation coverage. The amount a qualified beneficiary will be required to pay may not exceed 102 percent of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving COBRA continuation coverage.

If you are eligible for an 11-month extension of continuation coverage due to disability, you will be required to pay 150 percent of the otherwise applicable cost during such 11-month extension period.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   14

27



### *Payment for COBRA Continuation Coverage*

■ **First payment for COBRA continuation coverage.**

If you elect COBRA continuation coverage, you do not have to send any payment with the "COBRA Election Form." However, you must make your first payment for COBRA continuation coverage not later than 45 days after the date of your election.

**If you do not make your first payment for COBRA continuation coverage in full no later than 45 days after the date of your election, you will lose all COBRA continuation coverage rights under the Health Plan.** You are responsible for making sure that the amount of your first payment is correct.

Your first payment for COBRA continuation coverage should be sent to:

UHCDirectBill
P.O. Box 224708
Dallas, TX  75222
Phone:  1-866-214-2981

■ **Periodic payments for COBRA continuation coverage.**

After you make your first payment for COBRA continuation coverage, you will be required to make monthly payments for each subsequent month of coverage.  Under the Plan, these monthly payments for COBRA continuation coverage are due on the first of each month.  If you make a payment on or before the first day of the month to which it applies, your coverage under the Health Plan will continue for that month without any break.  The Health Plan will not send periodic notices of payments due each month.  Monthly payments for COBRA continuation coverage should be sent to:

UHCDirectBill
Premium Payment Processing Center
P.O. Box 14253
Orange, CA  92863-1253
Phone:  1-866-747-0048

■ **Grace periods for periodic payments.**

Although monthly payments are due on the first of each month, you will be given a grace period of 30 days after the first day of the month to make each periodic payment.  Your COBRA continuation coverage will be provided for each month as long as payment for that month is made before the end of the grace period for that payment.

**If you fail to make a periodic payment before the end of the grace period for that month, you will lose all rights to COBRA continuation coverage under the Plan.**  If COBRA continuation coverage is cancelled for nonpayment, coverage will not be reinstated and you will have no further rights to COBRA continuation coverage.

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   15

28

### Termination of COBRA Continuation Coverage Before the End of the Maximum Coverage Period

COBRA continuation coverage will be terminated before the end of the maximum coverage period if:

- Any required premium is not paid on time;

- After electing COBRA continuation coverage, a qualified beneficiary becomes covered under another group health plan that does not impose any pre-existing condition exclusion for a pre-existing condition of the qualified beneficiary;

- After electing COBRA continuation coverage, a qualified beneficiary becomes entitled to Medicare; or

- The Company ceases to provide any group health plan for its employees.

COBRA continuation coverage may also be terminated for any reason the Plan would terminate coverage of a participant or beneficiary not receiving COBRA continuation coverage, such as fraud. COBRA continuation coverage may also be terminated if you or a qualified beneficiary recovers from a disability that extended your COBRA continuation coverage. If you or a qualified beneficiary become covered under another group health plan, entitled to Medicare, or recover from a disability, you must immediately notify UHCDirectBill at 1-866-214-2981.

### Special "Trade Act" Rules Concerning Tax Credit for COBRA Continuation Coverage

The Trade Act of 2002 created a new tax credit for certain individuals who become eligible for trade adjustment assistance and for certain retired employees who are receiving pension payments from the Pension Benefit Guaranty Corporation (PBGC) (Eligible Individuals). Under the new tax provisions, Eligible Individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including continuation coverage. If you have questions about these new tax provisions, you may call the Health Coverage Tax Credit Customer Contact Center toll-free at 1-866-628-4282. TTD/TTY callers may call toll-free at 1-866-626-4282. More information about the Trade Act is available at www.doleta.gov.

### Keep Your Plan Informed of Address Changes

**In order to protect your and your family's rights, you should keep UnitedHealth Group informed of any changes in your address and the addresses of family members.** You should also keep a copy, for your records, of any notices you send in connection with COBRA continuation coverage.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   **16**

**29**



### *Changing Your Coverage During Your Continuation Period*

If you or a qualified beneficiary elect COBRA, you or the qualified beneficiary may change your coverage elections during the annual Open Enrollment Period and/or in the event of a special enrollment event, such as the birth of a child or marriage. See the *Benefits Overview Section* for more information on special enrollment events.

## Certificate of Creditable Coverage

Upon request, the Medical Plan or Other Medical Plan Coverage Options will provide a certificate of creditable coverage as long the request is made while you or your Eligible Dependent is covered or within 24 months after coverage terminates. The request can also be made by someone else on behalf of you or your Eligible Dependent. For example, you may authorize a new plan in which you enroll to request a certificate of creditable coverage relating to prior coverage under the Medical Plan or Other Medical Plan Coverage Options. You or your Eligible Dependents are entitled to receive a certificate of creditable coverage upon request even if the Medical Plan or Other Medical Plan Coverage Options have previously provided a certificate of creditable coverage.

## Procedures to Request a Certificate of Creditable Coverage

Contact the Claims Administrator to request a certificate of creditable coverage.

The request must include the following information:

- The name of the individual for whom the certificate of creditable coverage is requested;

- The last day that the individual was covered under the Medical Plan;

- The name of the participant that enrolled the individual in the Medical Plan;

- The name of the person making the request and, if applicable, evidence of authority to request and receive the certificate of creditable coverage on behalf of another individual;

- The address to which the certificate of creditable coverage should be sent; and

- The requester's signature.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   **17**

30



# CLAIM AND APPEALS PROCEDURES

## Introduction

If you participate in the Medical Plan, Other Medical Plan Coverage Options, Dental Plan, Vision Plan and/or Health Care FSA Plan, you have rights under ERISA to bring a claim for benefits, and to appeal a denial of your claim for benefits. The Summary for each of the Plans explains how to file a claim for benefits. This section provides additional information about making a claim for benefits under each of the Plans, and describes your appeal rights if your claim for benefits is denied. It also explains the deadlines by which you must bring a claim or file an appeal of a denied claim, the Claims Administrators' deadlines for responding to your appeal, and your right to pursue litigation if you are dissatisfied with the applicable plan's final decision on your claim. You must follow and complete the claim and appeals procedures before you can bring a lawsuit, and you must comply with the deadline to sue.

## Status of the Claims Administrator as a Fiduciary

The Claims Administrator for each Plan is a fiduciary with respect to the applicable Plan. This means that the Claims Administrator has the exclusive right and discretion, with respect to claims and appeals, to interpret the applicable Plan's terms, to administer the Plan's benefits, to determine the applicable facts and law, and to apply the Plan's terms to the facts. The Claims Administrator's decisions are conclusive and binding.

## Your Deadline to File a Claim

You must bring a claim for benefits within one year after the date you know or reasonably should know the principal facts upon which your claim is based. This rule applies to all claims unless the individual plan Summary (such as the *Health Care Flexible Spending Account Plan Summary*) provides a different deadline. If you file a claim after this deadline, it will be denied automatically.

## Claims for Benefits Under the Health Plan

### *Types of Claims*

You may make three different types of claims for benefits under the Health Plan. They include the following:

- **Pre-service claim.** A request for a benefit where the Medical Plan's terms require notification or authorization before you can receive medical care. The Medical Plan and Other Medical Plan Coverage Options are the only plans that require notification or authorization; therefore, they have pre-service claims.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   **18**

31



■ **Urgent care claim.** A pre-service claim under the Medical Plan or Other Medical Plan Coverage Options for which the time period permitted for determining a pre-service claim could seriously jeopardize your life or health, your ability to regain maximum function, or, in the opinion of a Physician with knowledge of your medical condition, would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. The Claims Administrator will determine whether a pre-service claim involves urgent care, except that if a Physician with knowledge of your medical condition determines that a claim involves urgent care, the Claims Administrator will treat the claim as an urgent care claim.

■ **Post-service claim.** Any claim for benefits for services that have already been provided. Post-service claims are all claims that are not a pre-service claim or an urgent care claim. All claims under the Dental Plan, Vision Plan and Health Care FSA Plan, and many claims under the Medical Plan and Other Medical Plan Coverage Options, are post-service claims.

### How to File a Pre-Service Claim Under the Medical Plan

When you seek care under the Medical Plan or Other Medical Plan Coverage Options from a Network Provider, the Provider will file a pre-service claim if prior notification or authorization is required by the Plan. If you need to bring a pre-service claim for care from a Non-Network Provider, you can file your claim by calling the Claims Administrator for the Medical Plan or Other Medical Plan Coverage Options at the Member Services number (or the Mental Health Services number) on the back of your medical ID card.

### How to File an Urgent Care Claim Under the Medical Plan

When you seek urgent care under the Medical Plan or Other Medical Plan Coverage Options from a Network Provider, the Provider will file the claim. If you are bringing the claim yourself, call the Claims Administrator for the Medical Plan or Other Medical Plan Coverage Options at the Member Services number (or the Mental Health Services number) on the back of your medical ID card as soon as possible. You do not need to file an urgent care claim in writing.

### How to File a Post-Service Claim Under All of the Component Plans

The *Filing a Claim for Benefits* explanation in the Summary for each of the Medical Plan, Other Medical Plan Coverage Options, Dental Plan, Vision Plan and Health Care FSA Plan explains how you or your Network Provider files a post-service claim for benefits.

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY    **19**

**32**

### *Where to File a Claim*

The following table lists the addresses at which you file a claim under each of the Plans. The addresses may change at any time.

| Benefit Plan | Address for Filing Claims | Whom to Call for More Information |
|---|---|---|
| ▪ Medical Plan<br>▪ Pacific Dental Benefits Employee Health Plan (Union)<br>▪ UnitedHealthcare PPO of Hawaii | Use the address that is listed on the back of your ID card, which is different for some locations.<br><br>The address for employees in most locations is:<br>UnitedHealthcare<br>Attn: UnitedHealth Group Employee Claims<br>P.O. Box 740800<br>Atlanta, GA 30374-0800<br><br>The address for employees in Minnesota and other areas that are in the Medica network is:<br>Medica<br>P.O. Box 30990<br>Salt Lake City, UT 84130 | 1-800-357-1371<br><br><br><br>1-800-357-1371 |
| ▪ PacifiCare SignatureValue Plan<br>▪ PacifiCare SignatureValue Advantage Plan | The address for employees covered under the PacifiCare SignatureValue Plan and PacifiCare SignatureValue Advantage Plan is:<br>PacifiCare of California<br>Claims Department<br>P.O. Box 6006<br>Cypress, CA 90630-6006 | 1-877-205-8035 |
| ▪ Global Choice Plan | The address for employees covered under the Global Choice Plan is:<br>Global Choice<br>Russell House, Russell Mews<br>Brighton, England BN1 2NR | +44 (0) 1273-773736 |
| Dental Plan<br>▪ UnitedHealthcare Dental (for employees in locations other than Minnesota and certain Wisconsin cities)<br><br>▪ Delta Dental (only for employees in Minnesota and certain Wisconsin cities) | UnitedHealthcare Dental<br>Attn: UnitedHealth Group Employee Claims<br>P.O. Box 30567<br>Salt Lake City, UT 84130-0567<br><br>Delta Dental<br>P.O. Box 59238<br>Minneapolis, MN 55459-0238 | 1-800-357-1371<br><br><br><br>1-800-448-3815 |
| Vision Plan | Spectera Claims Department<br>Attn: UnitedHealth Group Employee Claims<br>P.O. Box 26618<br>Baltimore, MD 21207-6618 | 1-800-357-1371 |
| Health Care FSA Plan | UnitedHealthcare Flexible Spending Account Unit<br>Attn: UnitedHealth Group Employee Claims<br>P.O. Box 981178<br>El Paso, TX 79998-1178 | 1-877-311-7849 |

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY     20

33

### *The Claims Administrator's Decision on Your Claim*

The Claims Administrator will respond in writing (delivered in paper form or electronically) to all Medical Plan or Other Medical Plan Coverage Options pre-service and urgent care claims, whether the claim is granted or denied. The Claims Administrator can initially respond to an urgent care claim verbally, but must follow it with a written response within 72 hours or three calendar days.

The Claims Administrator will also notify you in writing (delivered in paper form or electronically) if your claim under an applicable plan is denied. Any denial, reduction or termination of benefits or failure to provide or make payment (in whole or in part) for a benefit is a claim denial. The written claim denial will include the reason for the denial, reference to the relevant plan provision(s) on which the denial is based and other information that is required by federal regulation.

## Timing of Claim Decisions and Appeals

The following table lists the time periods within which the Claims Administrator must respond to your claim for benefits and your appeal of a denied claim, as well as your deadlines for taking action to complete a claim and file an appeal of a denied claim.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   **21**

**34**

| Type of Claim or Appeal | Timing of Action or Response | | |
| --- | --- | --- | --- |
| | **Urgent Care**[1] | **Pre-Service** | **Post-Service** |
| If your claim is incomplete, the Claims Administrator must notify you within: | 24 hours. | 15 days. | 30 days. |
| You must then provide completed claim information to the Claims Administrator within: | 48 hours after receiving notice.[2] | 45 days after receiving an extension notice.[3] | |
| If your initial claim is denied, the Claims Administrator must notify you of the denial: | | | |
| ▪ When the initial claim is complete, within: | 72 hours. | 15 days. | 30 days. |
| ▪ After receiving the completed claim (when the initial claim is incomplete), within: | 48 hours. | 30 days.[4] | 45 days.[4] |
| You must appeal the claim denial no later than: | 180 days after receiving the denial. | | |
| The Claims Administrator must notify you of the appeal decision: | 72 hours after receiving the appeal. | 15 days after receiving the appeal (if there are two levels of appeal). 30 days after receiving the appeal (if there is one level of appeal).[5] | 30 days after receiving the appeal (if there are two levels of appeal). 60 days after receiving the appeal (if there is one level of appeal).[5] |

[1]  You do not need to submit urgent care claim appeals in writing. You should call the Claims Administrator as soon as possible to appeal an urgent care claim.

[2]  If the Claims Administrator requests additional information from you, you must provide it within 48 hours of the Claims Administrator's request. During this time, the initial claim determination period will be suspended.

[3]  The Claims Administrator may require a one-time extension of up to 15 days, if more time is needed due to circumstances beyond the Claims Administrator's control.

[4]  These time frames assume that the Claims Administrator gives notice of the need for an extension during the initial 15-day period for pre-service claims and the initial 30-day period for post-service claims.

[5]  Some of the Medical Plan and Other Medical Plan Coverage Options provide for two levels of appeal. If you are not satisfied with the decision on your first-level appeal, you have the right to request a second-level appeal from the Claims Administrator and must do so within 60 days after you receive the decision on your first-level appeal. The Claims Administrator must notify you of its decision within 15 days after receiving your appeal of the denial of a pre-service claim, and within 30 days after receiving your appeal of the denial of a post-service claim. Your initial appeal denial will inform you if a second-level appeal is available.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY     22

35



You may voluntarily agree to extend these time frames. In addition, if the Claims Administrator is unable to decide a pre-service or post-service claim within the time frames specified in the table because of matters beyond its control, these time frames may be extended for up to 15 days. The Claims Administrator will notify you in writing before the original deadline expires if an extension is necessary. The notice will state why the extension is needed and the date by which the Claims Administrator expects to make a decision. Decisions on urgent care claims cannot be extended.

## Appeals of Denied Claims

If your claim is denied, you can appeal the denial. Upon written request and free of charge, you have the right to reasonable access to and copies of all documents, records and other information relevant to the denial of your claim. You also have rights to see any internal rule, guideline, protocol or other similar criterion relied on in making the claim denial and an explanation of any scientific or clinical judgment for the determination. To ask for copies of this information, contact the Claims Administrator for the applicable plan.

The following table lists the addresses at which you may file a written appeal of a denied claim under each of the Plans.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   23

36

## Where to File an Appeal of a Denied Claim

| Benefit Plan | Address For Filing Appeals | Whom to Call for More Information |
|---|---|---|
| ■ Medical Plan<br>■ Pacific Dental Benefits Employee Health Plan (Union)<br>■ UnitedHealthcare PPO of Hawaii | UnitedHealthcare<br>Attn:  UnitedHealth Group Employee Appeals<br>P.O. Box 30432<br>Salt Lake City, UT 84130-0432 | 1-800-357-1371 |
| ■ PacifiCare SignatureValue Plan<br>■ PacifiCare SignatureValue Advantage Plan<br><br>(Includes Mental Health/Substance Abuse Claims for these Plans) | PacifiCare of California<br>Appeals and Grievance Department<br>Mail Stop CY44-157<br>5757 Plaza Drive<br>P.O. Box 6006<br>Cypress, CA  90630 | 1-877-205-8035 |
| ■ Global Choice Plan | Global Choice<br>Russell House, Russell Mews<br>Brighton, England  BN1 2NR | +44 (0) 1273-773736 |
| ■ Mental Health/Substance Abuse Claims (but not for employees who work for UBH/Optum/LifeEra) | United Behavioral Health<br>Attn:  UnitedHealth Group Employee Appeals<br>P.O. Box 32040<br>Oakland, CA 94604 | 1-800-357-1371 |
| ■ Mental Health/Substance Abuse Claims (only for Optum Employees who work for UBH/Optum/LifeEra) | United Behavioral Health<br>Attn:  Confidential Appeals<br>Mail Route CA035-1505<br>425 Market Street<br>San Francisco, CA 94105 | 1-800-357-1371 |
| ■ Dental Plan<br>— UnitedHealthcare Dental (for employees in locations other than Minnesota and certain Wisconsin cities) | UnitedHealthcare Dental<br>Attn:  UnitedHealth Group Employee Appeals<br>P.O. Box 30569<br>Salt Lake City, UT 84130-0569 | 1-800-357-1371 |
| — Delta Dental (only for Minnesota and certain Wisconsin employees) | Delta Dental<br>P.O. Box 59238<br>Minneapolis, MN 55459-0238 | 1-800-448-3815 |
| ■ Vision Plan | Spectera/UHS Vision Appeals Claims Dept.<br>P.O. Box 26618<br>Baltimore, MD 21207-6618 | 1-800-357-1371 |
| ■ Health Care FSA Plan | UnitedHealthcare Flexible Spending Account Unit<br>Attn:  UnitedHealth Group Employee Appeals<br>P.O. Box 981178<br>El Paso, TX 79998-1178 | 1-877-311-7849 |

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   24

37

### Your Deadline to File an Appeal

You must file an appeal within 180 days after you receive the claim denial from the Claims Administrator. If you file an appeal after the deadline, it will be denied automatically.

### How to File an Appeal

You or your authorized representative, including a Provider, can appeal the denial of your pre-service and post-service claims. You file the appeal with the Claims Administrator for the applicable plan at the address listed in the *Where to File an Appeal of a Denied Claim* table in this *Health Plan Administrative Information Summary*. Your appeal of a pre-service or post-service claim must be in writing and include:

- Your name;

- Your subscriber identification number;

- The claim document number listed on the Explanation of Benefits, if available;

- The patient's name and the identification number from your ID card, if any;

- The Provider's name, address and telephone number;

- The reason you believe the claim should be paid or coverage should be provided; and

- Any documentation or other written information to support your claim.

If you are appealing the denial of an urgent care claim under the Medical Plan, you do not need to submit your appeal in writing. You or your Physician should call the Claims Administrator as soon as possible.

### Appeal Process

A qualified individual who was not involved in the claim denial will decide your appeal, and will not defer to the initial decision on your claim for benefits. If review of your appeal requires clinical judgment, the Claims Administrator will consult a health care professional who has appropriate expertise in the field and who was not involved in the prior decision. The Claims Administrator may consult with, or seek the participation of, medical experts as part of the appeal resolution process, and may share pertinent medical claim information with the medical expert.

In deciding the appeal, the Claims Administrator will take into account all comments, documents, records, and other information submitted to support the appeal without regard to whether the information was submitted in connection with the claim for benefits.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY    25

38



### Deadlines for Deciding Appeals

The Claims Administrator must decide and respond to your properly submitted and complete appeal within a reasonable time, and no later than the following time periods:

- For pre-service claims: Within 15 days of receipt of the appeal (if there are two levels of appeal) or within 30 days of receipt of the appeal (if there is one level of appeal);

- For post-service claims: Within 30 days of receipt of the appeal (if there are two levels of appeal) or within 60 days of receipt of the appeal (if there is one level of appeal); and

- For urgent care claims: As soon as possible, taking into account the medical situation, but no later than within 72 hours of receipt of the appeal.

These deadlines are also listed in *Timing of Claim Decisions and Appeals* in this *Health Plan Administrative Information Summary*.

If your Medical Plan or Other Medical Plan Coverage Option has two levels of appeal and if you are not satisfied with the decision on your first-level appeal of a pre-service or post-service claim, you have the right to request a second-level appeal from the Claims Administrator. You must submit your second-level appeal in writing within 60 days after you receive the Claims Administrator's decision on your first-level appeal. The Claims Administrator will decide the second appeal in the same time frame as the first appeal.

### The Claims Administrator's Decision on Your Appeal

The Claims Administrator will respond in writing (delivered by paper or electronically) to all appeals. If your appeal is denied, the written denial will include the reason for the denial, reference to the relevant Plan provision(s) on which the denial is based and other information that is required by federal regulation. If your appeal is denied, upon written request, you have the right to reasonable access to and copies of, free of charge, all documents, records and other information relevant to the denial of your appeal.

### Your Remedy If Your Claim and Appeals Are Denied

If your claim for benefits and your appeals are denied, your sole remedy under the Plan is to bring an action under ERISA Section 502(a) to recover any benefits you think the applicable plan owes to you. You can sue either in a federal district court or in a state court of competent jurisdiction.

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   26

39



### *Your Deadline to Bring a Lawsuit*

If you file your claim within the required time and complete the entire claim and appeals procedure, you must commence any lawsuit within six months after the claim and appeals procedure is complete. In all events, you must commence the lawsuit within 30 months after the date you know or reasonably should know the principal facts upon which your claim is based. If, however, you participate in one of the insured health benefits, the deadline in the insurance policy (if any) will apply instead of this deadline.

### *Exhaustion of Claim and Appeals Procedure*

Completing the claim and appeals procedure is mandatory for resolving every claim and dispute arising under the Health Plan. In any legal action brought after you have exhausted the claim and appeals procedure, all determinations made by the Claims Administrator will be afforded the maximum deference permitted by law.

## YOUR RIGHTS UNDER ERISA

If you are enrolled in any of the component plans that comprise the Health Plan, you have certain rights under the Employee Retirement Income Security Act of 1974 (ERISA), which include the following:

## Obtain Information About Your Plan and Benefits

You have the right to certain information about the Plans and your benefits under them, including the right to:

- Examine, without charge, at the Plan Administrator's main business office and at other specified locations, such as worksites and union halls, certain documents governing the Plan, including the applicable plan document and summary plan description, any insurance contracts, any collective bargaining agreements and a copy of the latest annual report ("Form 5500 Series") for the Health Plan that the Plan files with the U.S. Department of Labor and which is available at the Public Disclosure Room of the Employee Benefits Security Administration;

- Obtain, upon written request to the Plan Administrator (through United HRdirect), certain documents governing the Plan, including the applicable plan document, any insurance contracts, any collective bargaining agreements and a copy of the latest annual report ("Form 5500 Series") for the Health Plan that the Plan files with the U.S. Department of Labor. The Plan Administrator may charge a reasonable fee for the copies;

UnitedHealth Group Benefits Handbook ■ Employee Health Benefit Plan Section ■ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY   27

40

- Request and receive a copy of the UnitedHealth Group Benefits Handbook. You can request one from the Benefits Handbook home page in the United HRdirect Knowledge Base, or by calling United HRdirect at 1-800-561-0861; and

- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The Plan Administrator, the insurers, the Claims Administrators and the trustee are all fiduciaries of the Plans, and have a duty to administer them prudently and in your interest and that of any other participants and beneficiaries.

## Enforce Your Rights

If your claim for a Plan benefit is denied or ignored, in whole or in part, you have the right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.  No one, including your employer, your union (if applicable) or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a plan benefit or exercising your rights under ERISA.

Under ERISA, you can take steps to enforce these rights as follows:

- If you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

- If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court.

- In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in a federal court.

- If a Plan fiduciary misuses the applicable plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file a lawsuit in a federal court. The court will decide who should pay court costs and legal fees.  If you are successful, the court may order the person you have sued to pay the costs and fees.  If you lose, the court may order you to pay the costs and fees, for example, if it finds your claim to be frivolous.





## Continue Group Health Plan Coverage

You have the right to continue health care coverage for yourself, spouse or dependents if there is a loss of coverage under the Health Plan as a result of a qualifying event. You or your dependent may have to pay for such coverage. Review this Benefits Handbook regarding the rules governing your COBRA continuation coverage rights.

You have the right to reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan (if applicable), if you have creditable coverage from another plan. You should be provided with a certificate of creditable coverage, free of charge, from your group health plan when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

## Coverage Under USERRA

If you lose coverage because you take a qualified military leave of absence, you and/or your Eligible Dependents will be entitled to protection under either COBRA or the Uniformed Services Employment and Reemployment Rights Act (USERRA). When the requirements of COBRA and USERRA differ, you will receive protection under the law that gives you the greater benefit. Coverage under COBRA and USERRA runs concurrently. For example, you cannot elect COBRA continuation coverage after receiving USERRA continuation coverage for the maximum coverage period. USERRA currently provides a maximum coverage period of 24 months. If you believe USERRA may apply to you, you may contact United HRdirect at 1-800-561-0861.

## Assistance with Your Questions

For answers to questions about the Plans, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration at 1-866-444-3272.

On to Next Section

UnitedHealth Group Benefits Handbook ▪ Employee Health Benefit Plan Section ▪ HEALTH PLAN ADMINISTRATIVE INFORMATION SUMMARY     29

42

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| UNITEDHEALTH GROUP EMPLOYEE HEALTH BENEFIT PLAN | DAVID SANDHU; STEVEN C. EGGLESTON DBA LAW OFFICES OF STEVEN C. EGGLESTON; and DOES 1 through 20, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Jason S. Roberts, Esq; GRANT, GENOVESE & BARATTA, LLP<br>2030 Main Street, Suite 1600, Irvine, CA 92614<br>(949) 660-1600 | Steven C. Eggleston, Esq.<br>LAW OFFICES OF STEVEN C EGGLESTON<br>2601 Main Street, Suite 800<br>Irvine, CA 92614 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ None

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Equitable Relief under ERISA 502(a)(e); 29 U.S.C. 1132 (a)(e)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☒ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**SACV11-01331 DOC (ANx)**

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                  ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                  ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                  ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  09/01/11

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV11-1331 DOC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Jason S. Roberts (SBN 221978)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITEDHEALTH GROUP EMPLOYEE HEALTH BENEFIT PLAN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **SACV11-01331 DOC (ANx)** |
| v. | |
| DAVID SANDHU; STEVEN C. EGGLESTON DBA LAW OFFICES OF STEVEN C. EGGLESTON; and DOES 1 through 20, inclusive, | **SUMMONS** |
| DEFENDANT(S). | |

TO:     DEFENDANT(S): <u>DAVID SANDHU; STEVEN C. EGGLESTON DBA LAW OFFICES OF STEVE EGGLESTON</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Jason S Roberts</u>, whose address is <u>2030 Main Street, Suite 1600, Irvine, CA 92614</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: <u>September 1, 2011</u>

By: _____

**AMY DeAVILA**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*