JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED HEALTH GROUP EMPLOYEE, BENEFIT PLAN, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) Case No. SACV11-1331-DOC(ANx) ) |
| DAVID SANDHU, ET AL., | ) ORDER DISMISSING ) CIVIL ACTION |
| Defendants. | ) |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

The Order to Show Cause set for September 27, 2011 is denied as moot and removed from the Court calendar.

DATED: September 19, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge